**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TATA, INC., | § | |
|       Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-1637 |
| | § | |
| M/V NEW ETERNITY and | § | |
| EF MARITIME NAV. S.A. and | § | |
| BULK LOGISTICS LTD., | § | |
| | § | |
|       Defendants. | § | |

**MEMORANDUM AND ORDER**

Plaintiff Tata, Inc. has filed a motion for default judgment against defendant Bulk Logistics Ltd. It appears that Bulk Logistics, Ltd. has failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., making entry of default against it proper. Tata, Inc. has filed exhibits in support of its claims for damages. Tata, Inc. has also sent Bulk Logistics, Ltd. notice of the motion for entry of default and default judgment. Further notice to the defendant and further hearings are not necessary. Rule 55(b)(2), Fed. R. Civ. P.

The motion for default judgment is granted. This court concludes that Tata, Inc. has established its entitlement to default judgment against Bulk Logistics, Ltd. in the amount of $16,056.04, accrued prejudgment interest from June 30, 2006 to November 20, 2007, costs of court, and postjudgment interest at the rate of 3.58 % *per annum*.

This court finds that there is no just reason for delay under Rule 54(b), Fed. R. Civ. P.  Final judgment is entered by separate order.

SIGNED on November 21, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge