IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TATA, INC., | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-1637 |
| | § | |
| M/V NEW ETERNITY and | § | |
| EF MARITIME NAV. S.A. and | § | |
| BULK LOGISTICS LTD., | § | |
| | § | |
|     Defendants. | § | |

**FINAL JUDGMENT AS TO BULK LOGISTICS, LTD.**

Plaintiff Tata, Inc. recovers from defendant Bulk Logistics Ltd. the principal sum of $ 16,056.04, prejudgment interest from June 30, 2006 to November 20, 2007, costs of court; and postjudgment interest at the rate of 3.25% *per annum*.

This is a final judgment.

SIGNED on November 21, 2007, at Houston, Texas.

                                                                         _____
                                                                               Lee H. Rosenthal
                                                         United States District Judge